Jessica Ruth Lobis Buckwalter, Esq. (State Bar No. 199200)
Arthur D. Middlemiss, Esq. (admitted *pro hac vice*)
Anthony M. Capozzolo, Esq. (admitted *pro hac vice*)
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1050 K Street NW, Suite 400
Washington, DC 20001
(202) 833-8900
jessica.buckwalter@lbkmlaw.com
arthur.middlemiss@lbkmlaw.com
anthony.capozzolo@lbkmlaw.com

*Attorneys for Plaintiff EQIBank Limited*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EQIBank Limited,

Plaintiff,

v.

United States,

Defendant.

No. 2:26-mc-0208 DAD CKD

**JOINT STIPULATION AND PROPOSED ORDER TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**

Plaintiff EQIBank Limited and Defendant United States, by and through their respective counsel of record, in accordance with this Court's Order dated July 20, 2026, hereby submit this Joint Stipulation and Proposed Order to file the following documents publicly with the agreed-upon redactions as attached hereto:

a. Memorandum in Support of Motion for Return of Property Pursuant to Rule of Criminal Procedure 41(g);

b. Declaration of Christopher Burke in Support of Motion for Return of Property Pursuant to Rule of Criminal Procedure 41(g); and

c. Declaration of Jessica Ruth Lobis Buckwalter in Support of Plaintiff's Emergency Motion for Expedited Schedule.

1. Good cause exists to redact these documents because the redactions seek to protect otherwise unpublished financial data, including bank account numbers and the identity of a bank depositor. Moreover, none of the redacted information was material to the Court's ruling on the dispositive motion.
2. The parties have narrowly tailored this request to seal only that information necessary to achieve the goals of sealing and have attached redacted versions that may be filed publicly.

AGREED AND STIPULATED BY:

/s/ Anthony M. Capozzolo
Anthony M. Capozzolo
Counsel for Plaintiff

/s/ Nicholas Fogg
Nicholas Fogg
Assistant United States Attorney

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content and have authorized the filing.

Dated: July 31, 2026

By: /s/ Anthony M. Capozzolo
Anthony M. Capozzolo
Counsel for EQIBank

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing,

IT IS SO ORDERED.

Dated: **August 7, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE